# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 30 WAL 2023

            Respondent            :

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

            v.                        :

                                         :

DAVID JOHNSON,                    :

                                         :

            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.